UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO ANTONIO DELCONTE,<br>　　　　　Plaintiff,<br>　　v.<br>COUNTY OF SANTA CLARA, et al.,<br>　　　　　Defendants. | Case No. 14-cv-05334-WHO<br><br>**ORDER REGARDING MOTION TO TRANSFER**<br>Re: Dkt. No. 9 |

　　　　Defendants County of Santa Clara, Laurie Smith, John Hirokawa and Maryann Barry move to transfer this matter to the San Jose Division of this Court because all of the events involved in this pro se civil rights action occurred in the County of Santa Clara, all of the witnesses are in the County of Santa Clara, and the defendants are in the County of Santa Clara. It would be more convenient to the parties and witnesses if the case was transferred, and the defendants ask in the interest of justice that I transfer the case. The plaintiff did not respond to this motion, but by letter from plaintiff's mother it appears that the plaintiff is now housed in San Quentin State Prison and may not have received it timely. The defendants promptly served the motion by mail to plaintiff once they received the alternate address. Dkt. No. 12.

　　　　The hearing set for this motion on March 11, 2015 is VACATED. **Plaintiff is advised to respond to the motion within 21 days of this Order** or I will assume that it is unopposed.

　　　　**Plaintiff is also ORDERED to promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying his new address**. This is plaintiff's responsibility--Local Rule 3-11 requires it and allows a dismissal without prejudice in 60 days of this Order if plaintiff fails to provide the Court with a written communication indicating a current address.

1  This Order directs that the Clerk serve plaintiff by mail both to the address currently listed in Hayward, California and to the address provided by his mother:

    Carlo Antonio Del Conte, AV 4107
    San Quentin State Prison
    San Quentin, CA 94974-002

The Case Management Conference is continued again until April 14, 2015, at 2:00 pm in Courtroom 2, 17th floor.  Defendants may appear by telephone.

**IT IS SO ORDERED**.

Dated: March 3, 2015



WILLIAM H. ORRICK
United States District Judge