UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO ANTONIO DELCONTE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 14-cv-05334-WHO<br><br>**ORDER RE CASE CLASSIFICATION** |

The Clerk's Office shall reclassify this case as Nature of Suit (NOS) 550 in light of plaintiff's current incarceration.

**IT IS SO ORDERED**.

Dated: April 3, 2015

_____
WILLIAM H. ORRICK
United States District Judge