ORRY P. KORB, County Counsel (S.B. #114399)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
MEGHAN F. LOISEL, Deputy County Counsel (S.B. #291400)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SHERIFF
LAURIE SMITH, JOHN HIROKAWA, and
MARYANN BARRY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| CARLO ANTONIO DELCONTE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | No. 14-CV-5334 WHO<br><br>**DEFENDANTS' REQUEST FOR A MODIFICATION OF THE BRIEFING SCHEDULE; DECLARATION OF DAVID M. ROLLO; ORDER** |

COMES NOW Defendants the County of Santa Clara, Sheriff Laurie Smith, John Hirokawa, and Maryann Barry who request a modification of the Order Denying Motion to Transfer; Setting Briefing Schedule; Instructions to Parties (Dkt. No. 9) as follows:

| **PENDING ORDER** | **PROPOSED ORDER** |
|---|---|
| On or before July 13, 2015, defendants shall file a dispositive motion, or notice regarding such motion, regarding the claims raised in the complaint. | On or before October 12, 2015, defendants shall file a dispositive motion, or notice regarding such motion, regarding the claims raised in the complaint. |

Good cause exists for this motion.  Plaintiff Carlo Delconte has made wide-reaching allegations about County practices and his experiences while incarcerated; and Defendants need more time to investigate these claims.  Plaintiff raises five separate causes of action, including constitutional claims, federal statutory claims, and state common law claims.  Dkt. No. 1 at 7-14.  He names both the County and individual employees as defendants.  *Id.* at 3-4.  And his claims are

1

based on three separate allegations: that another inmate attacked him, that he was placed in a holding cell with the inmate who attacked him, and that he was released without necessary medication. *Id.* at 47.

Additionally, the Deputy County Counsel assigned to this case has had other legal deadlines that prevented him from preparing a motion for summary judgment by July 13, 2015. See Declaration of David Rollo Decl. at ¶¶2-5. Finally, this is Defendants' first request for an extension of time. *Id.* at ¶9.

For the reasons stated above, Defendants respectfully request that the Court modify its order to grant a 90-day extension.

Dated:  July 1, 2015                                        Respectfully submitted,

                                                            ORRY P. KORB
                                                            County Counsel


                                                     By:    _____/S/_____
                                                            DAVID M. ROLLO
                                                            Deputy County Counsel

                                                            Attorneys for Defendants
                                                            COUNTY OF SANTA CLARA, SHERIFF
                                                            LAURIE SMITH, JOHN HIROKAWA, and
                                                            MARYANN BARRY

# DECLARATION OF DAVD M. ROLLO IN SUPPORT OF DEFENDANTS' REQUEST FOR A MODIFICATION OF THE BRIEFING SCHEDULE

I, David M. Rollo, declare as follows:

1. I am employed as a Deputy County Counsel for the County of Santa Clara and am licensed to practice law before this court and all courts of the State of California. I am attorney of record for Defendants herein.

2. On or about April 22, 2015, this case was transferred to me from another Deputy County Counsel and I filed a Notice of Appearance on May 8, 2015.

3. Since that time, I have had limited time to review the pleadings and respond to various outstanding discovery requests served by plaintiff. I am still in the process of determining the merits and issues with regard to filing a summary judgment motion.

4. I have been assigned four other new matters during the May-June period in addition to my pre-existing case load. In three of those matters, over 15 separate motions have been filed and I prepared responses over the past thirty days.

5. I have been busy with discovery requests and the preparation of responses in other matters as well during this period.

5. In addition to my normal workload I had previously scheduled vacation dates on from May 22 through May 26, and from July 3 to July 12.

6. I will need approximately ninety more days from the originally scheduled date to review plaintiff's pleadings and evidence, the applicable case authority, any other available evidence; to make a reasoned decision on the propriety of a summary judgment motion; and to prepare a motion.

9. In light of these scheduling issues, Defendants respectfully request that the scheduling order be modified and that the date for Defendants to file their dispositive motion be extended to October 12, 2015. There have been no other requests for modification of the briefing schedule by Defendants.

I declare under penalty of perjury the foregoing is true and correct, and I executed this Declaration on July 1, 2015 at San Jose, California.

By:     /s/  
      DAVID M. ROLLO

3

Defendants' Request for a Modification of the Briefing Schedule;       14-CV-5334 WHO
Declaration of David M. Rollo; [Proposed] Order

**ORDER**

The Court has considered the Defendant's request to modify the briefing schedule and makes the following modification:

Defendant shall have until **October 12, 2015** to file a motion for summary judgment or other dispositive motion. Plaintiff's opposition to this motion, if any, shall be filed forty-five days after Defendants' motion has been filed. Defendant's reply, if any, shall be filed within thirty days after the opposition has been filed. No other aspect of the Order Denying Motion to Transfer; Setting Briefing Schedule; Instructions to Parties (Dkt. No. 9) is amended or modified.

**IT IS SO ORDERED.**

Dated: July 7, 2015    By: /s/ WILLIAM H. ORRICK
United States District Court Judge