UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLO ANTONIO DELCONTE,
    Plaintiff,

v.

COUNTY OF SANTA CLARA, et al.,
    Defendants.

Case No. 14-cv-05334-WHO (PR)

**ORDER ALLOWING LEAVE TO AMEND**

Dkt. No. 28

Plaintiff Carlo Del Conte and his mother have filed a new civil rights action (15-4077 WHO) that contains many of the same or similar claims raised in the present suit. This Order incorporates the Order in the new action, which grants Del Conte leave to file an amended complaint in this action to add any other claims that relate to Del Conte's detention at the Elmwood Correctional Facility.

**The amended complaint shall be filed on or before November 2, 2015.** The first amended complaint must include the caption and civil case number used in this order (14-5334 WHO (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, Del Conte must include in his first amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from the prior complaint by reference.

It is Del Conte's responsibility to prosecute this case. He must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

In the event Del Conte fails to amend as allowed by November 2, 2015, the Court will set a new briefing schedule. If he does amend, the Court will set a new briefing schedule after it reviews the amended complaint. The current briefing schedule is VACATED.

Because this order addresses the concerns raised in defendants' motion to modify the briefing schedule (Docket No. 28), that motion is DENIED as moot.

The Clerk shall terminate Docket No. 28.

**IT IS SO ORDERED.**

**Dated:** September 30, 2015

WILLIAM H. ORRICK
United States District Judge