UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLO ANTONIO DELCONTE,
    Plaintiff,

    v.

COUNTY OF SANTA CLARA, et al.,
    Defendants.

Case No. 14-cv-05334-WHO (PR)

**ORDER EXTENDING TIME**

Dkt. No. 39

Plaintiff Carlo Antonio Del Conte moves to stay proceedings or, in the alternative, to extend time to respond to defendants' motion to dismiss. (Dkt. No. 39.) His motion to stay proceedings is DENIED because it is clear that he has received the motion to dismiss and is capable of responding. His motion to extend time is GRANTED because it is clear that he needs additional time to respond. His response to the motion to dismiss shall be filed on or before **April 20, 2016**. Defendants' reply shall be filed on or before **May 4, 2016**. This schedule will allow the Court to move this case along once Del Conte is released from custody, which Del Conte anticipates will be on July 26, 2016.

There will be no hearing on the motion unless the Court orders one.

The Clerk shall terminate Docket No. 39.

**IT IS SO ORDERED.**

**Dated:** March 6, 2016

_____
WILLIAM H. ORRICK
United States District Judge