UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO ANTONIO DELCONTE,<br><br>  Plaintiff,<br><br>     v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>  Defendants. | Case No. 14-cv-05334-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff DelConte was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED without prejudice because DelConte failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, DelConte may move to reopen the action. Any such motion must contain an amended complaint that complies with instructions contained in the Order Dismissing the Complaint with Leave to Amend (Dkt. No. 43).

1   A copy of this order and the judgment shall be sent to DelConte at the following
2   address:

Carlo DelConte
c/o Sylvia Perez
2997 Hardeman Street
Hayward, California  94541

\*                          \*                          \*

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:**  October 4, 2016

WILLIAM H. ORRICK
United States District Judge